**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-6519**

—————————

In Re: MICHAEL SCOTT MCRAE,

                                         Petitioner.

—————————

On Petition for Writ of Mandamus.  (CA-81-16-02)

—————————

Submitted:  July 10, 2003          Decided:  July 16, 2003

—————————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Michael Scott McRae, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Scott McRae has filed a petition for a writ of mandamus challenging his 1981 federal conviction. Mandamus is a drastic remedy and should only be used in extraordinary situations. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is only available when there are no other means by which the relief sought could be granted, Beard, 811 F.2d at 826, and may not be used as a substitute for appeal. In re Catawba Indian Tribe, 973 F.2d 1133, 1135 (4th Cir. 1992). The party seeking prohibition or mandamus relief carries the heavy burden of showing that he has no other adequate means to attain the relief he desires and that his entitlement to such relief is clear and indisputable. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980).

McRae fails to make such a showing, because mandamus relief may not be used as a substitute for appeal and collateral attack. Because McRae may otherwise challenge his conviction, we deny his petition for a writ of mandamus. We grant leave to proceed in forma pauperis in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2